**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6259**

TIMOTHY LAMONT RUFF,

       Petitioner - Appellant,

   v.

WARDEN JUSTIN ANDREWS,

       Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:19-hc-02323-BO)

Submitted: July 20, 2021                      Decided: July 23, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Lamont Ruff, Appellant Pro Se. Asia Jamar Prince, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lamont Ruff, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition in which he sought to challenge his convictions by way of the savings clause in 28 U.S.C. § 2255. Pursuant to § 2255(e), a prisoner may challenge his convictions in a traditional writ of habeas corpus under § 2241 if a § 2255 motion would be inadequate or ineffective to test the legality of his detention. Here, the district court correctly determined that Ruff may not challenge the validity of his convictions through a § 2241 petition. *See In re Jones*, 226 F.3d 328, 333-34 (4th Cir. 2000). Accordingly, we affirm for the reasons stated by the district court. *Ruff v. Andrews*, No. 5:19-hc-02323-BO (E.D.N.C. Jan. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*